**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Todd,<br><br>       Plaintiff,<br><br>vs.<br><br>Chase Manhattan Mortgage Corp.; Chase Home Finance LLC; Chase Fulfillment Services,<br><br>       Defendants.<br><br>Sandra Todd,<br><br>       Plaintiff,<br><br>vs.<br><br>JPMorgan Chase Bank N.A.; Cal-Western Reconveyance Corp.; United States Department of Housing and Urban Development,<br><br>       Defendants. | CV 12-00129-PHX-FJM<br>CV 12-01643-PHX-NVW<br><br>**ORDER** |

       The court has before it defendant JPMorgan Chase Bank, N.A.'s ("Chase") motion to consolidate (doc. 42). The motion is not fully briefed.

       Chase seeks to consolidate a second action recently filed by plaintiff Sandra Todd and

1 removed to this court. Chase argues that the second action, which also challenges the legality
2 of the 2010 Trustee's Sale of plaintiff's home, is appropriate for consolidation with this
3 action. We may consolidate cases when they involve a "common question of law or fact."
4 Fed. R. Civ. P. 42(a). However, we have granted a motion to dismiss the remaining breach
5 of contract claim. This action, accordingly, is already at an end. Judicial economy would
6 not be served by consolidation of a newly-filed action with one that has already reached a
7 conclusion. Moreover, although both actions revolve around a challenge to the Trustee's
8 Sale, the newly-filed action asserts claims of fraud and racketeering. These claims will likely
9 raise new issues of law and fact not previously considered by this Court. In sum, we
10 conclude that consolidation of these cases is neither judicially efficient nor necessary.

11 **IT IS ORDERED DENYING** defendant JPMorgan Chase Bank, N.A.'s ("Chase")
12 motion to consolidate (doc. 42).

13 DATED this 23rd day of August, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge